IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIR WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-2979 |
| | : | |
| SUPT. SCI-FAYETTE, et al. | : | |

## **ORDER**

AND NOW, this 26th day of October, 2022, upon consideration of Plaintiff Jamir Williams' Motion to Reopen the Judgment [Document No. 21], for the reasons described in the accompanying Memorandum it is hereby ORDERED the Motion is DISMISSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.